Norman E. Constant, et al., Petitioners-Appellees, v. Williamsville Fire Protection District, etc., Defendant-Appellant.

Gen. No. 10,227. 

Third District.

April 21, 1959.

Rehearing denied May 5, 1959.

Released for publication May 5, 1959.

DeBoice, Greening & Cronson, for defendant-appellant; Hoffman & Hoffman, and Brown, Hay & Stephens, and Van Meter & Oxtoby, Barber & Barber (Clayton J. Barber, Alton G. Hall and Roger H. Little, of counsel) for petitioners-appellees. Opinion by JUDGE REYNOLDS. **Not to be published in full.**